**SO ORDERED.**
**SIGNED this 22nd day of May, 2017**

/s/ Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | : CASE NO: 17-30744-SHB |
| | : CHAPTER: 7 |
| | : |
| **DAVID WAYNE KIRKLAND** | : |
| Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| **BANK OF AMERICA, N.A.,** | : |
| Movant, | : |
| | : **CONTESTED MATTER** |
| vs. | : |
| | : |
| **DAVID WAYNE KIRKLAND** | : |
| **W. GREY STEED, Trustee** | : |
| Respondents. | : |

### ORDER MODIFYING AUTOMATIC STAY

Bank of America, N.A., (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") May 3, 2017.  Movant seeks relief as to Debtor`s N 2013 HEARTLAND WILDERNESS 2250BH (VIN #5SFNB2620DE248453) (the "Vehicle"), as more particularly described on Exhibit "B" attached to the Motion.  Movant asserts that the Motion was properly served.  Neither Debtor nor the Trustee oppose the relief sought; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to pursue all remedies available, including repossession, replevin,

and sale of the Vehicle.  The stay is modified for the purpose of allowing Movant to obtain and sell the Vehicle and to apply the proceeds of the sale to the indebtedness owed to Movant.

**IT IS FURTHER ORDERED** that the 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

# # #

Prepared and Submitted by:

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor